FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jan 31, 2023
OFFICE OF THE CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | |
|---|---|
| United States of America<br>v.<br>Neil Ravi Mehta<br><br>*Defendant* | Case No. 2:23-MJ-2001 |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 31, 2023, in the county of Sebastian, in the Western District of Arkansas, Fort Smith Division, the Defendant Neil Ravi Mehta, violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §§ 5861(d), 5845(a)(8) & (f), and 5871 | Unlawful possession of an unregistered destructive device |

This Criminal Complaint is based on these facts:

■ Continued on the attached sheet.

_____
Complainant's Signature

Tyler Cowart, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/31/23

_____
Judge's signature

City and State: Fort Smith, Arkansas

Mark E. Ford, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tyler Cowart, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since January 2017. I am a graduate of the Federal Law Enforcement Training Center (FLETC) and the ATF National Academy and am currently assigned to the Little Rock Field Office. Prior to my employment with ATF, I was employed as a Probationary Police Officer with the Kansas City Missouri Police Department for six months. I received a Bachelor of Science degree in Criminal Justice (with a minor in Biology) from Missouri Western State University. As a Special Agent with the ATF, I am vested with the authority to investigate violations of federal laws, including those firearms violations set forth in Titles 18 and 26 of the United States Code. I have investigated numerous cases related to the unlawful transfer to and possession of firearms by prohibited persons, persons transferring and receiving firearms unlawfully, theft of firearms and interstate carriers, possession of stolen firearms, and persons unlawfully converting/altering firearms to fall under the purview of the National Firearms Act (NFA).

2.  The facts in this Affidavit come from personal observations, training and experience, and information obtained from other law enforcement officers, witnesses, and digital media. This Affidavit is intended to show merely that there is sufficient probable cause for authorizing a Complaint charging Neil Ravi Mehta (MEHTA) with violating 26 U.S.C. §§ 5861(d), 5845(a)(8) & (f), and 5871, that is possessing unregistered destructive devices; namely, an improvised explosive bomb, which qualify as destructive devices as defined in 26 U.S.C. §5845(f) that were not registered to him in the National Firearms Registration and Transfer Record as required by law, committed on or about January 31, 2023, in Sebastian County, in the

Western District of Arkansas, Fort Smith Division, and the issuance of an Arrest Warrant based upon Complaint. This Affidavit does not set forth all of my knowledge about this matter.

## STATUTORY VIOLATION AND APPLICABLE DEFINITIONS

3. Title 26, United States Code, Section 5861(d) prohibits any person to knowingly receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record. A firearm, as defined in 26 U.S.C. § 5845(a)(8), means a "destructive device." The term "destructive device" as defined in 26 U.S.C. § 5845(f), means (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellant charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device. . . ." Title 26, United States Code, Section 5871 provides that "a person who violates any provision of this chapter, shall, upon conviction . . . be imprisoned not more than ten years...."

## PROBABLE CAUSE

4. On January 31, 2023, during the execution of a federal search warrant at MEHTA's residence, 6999 Free Ferry Road, Fort Smith, Arkansas, MEHTA fled the residence on foot and remained at large—first obtaining a ride from a neighbor, and then borrowing a vehicle from an associate. He remains at large as of the submission of this affidavit.

5. Law Enforcement Officers located a destructive device in the top left corner of the kitchen island. The destructive device was x-rayed by bomb technicians, and it was determined the device possibly contained a combination of hazardous materials. The device was rendered safe by bomb technicians on-scene and the evidence was collected.

6. The following photographs and x-ray images were taken during the execution of the search warrant:

2









7. On January 31, 2023, an ATF Explosives Enforcement Officer remotely reviewed the device and opined it was designed as a weapon, and would be properly identified as an improvised explosive bomb. Explosive bombs are destructive devices as that term is defined in 26 U.S.C. § 5845(f) and would be regulated in accordance with the Federal Firearms Regulations.

8. Records checks of MEHTA and his companies, Federal Armament and FSAAP were completed for this destructive device and it was not registered in the National Firearms Registration and Transfer Record.

9. Based on my training and experience, and the facts as set forth in this Affidavit, there is probable cause to believe that on or about January 31, 2023, in Sebastian County, within

5

the Western District of Arkansas, Fort Smith Division, MEHTA violated 26 U.S.C. §§ 5861(d), 5845(a)(8) & (f), and 5871 by knowingly possessing a destructive device, specifically an improvised explosive bomb, that was not registered to him in the National Firearms Registration and Transfer Record as required by law.

FURTHER AFFIANT SAYETH NOT.

_____
Tyler Cowart, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Affidavit subscribed and sworn to before me this 31st day of January, 2023.

_____
Honorable Mark E. Ford
United States Magistrate Judge