**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 6, 2023
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.  No. 2:23 MJ-2001-001

NEIL RAVI MEHTA

## MOTION TO UNSEAL COMPLAINT

**COMES NOW**, the United States of America by and through David Clay Fowlkes, United States Attorney and Steven M. Mohlhenrich, Assistant United States Attorney, and moves to unseal the Complaint (Doc. 1) and Arrest Warrant (Doc. 2) in the above captioned and numbered case. In support of said request, the Government would submit the following:

1. On January 31, 2023, this honorable Court signed a Complaint and accompanying Arrest Warrant, charging the defendant, Neil Ravi Mehta, with Unlawful Possession of an Unregistered Destructive Device in violation of Title 18, United States Code, Sections 5861(d), 5845(a)(8), and 5871. Both the Complaint and Arrest Warrant were filed under seal in the U.S. District for the Western District of Arkansas that same day as Documents One (1) and Two (2) respectively.

2. At present, and in the interest of justice, the United States moves to unseal both the Complaint and Arrest Warrant in this matter.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the Complaint (Doc 1) and Arrest Warrant (Doc 2).

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: */s/ Steven M. Mohlhenrich*
Steven M. Mohlhenrich
Assistant United States Attorney
Maryland Bar No. 9212160240
414 Parker Avenue
Fort Smith, Arkansas 72901
(479) 783-5125
Steven.Mohlhenrich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I filed the foregoing with the Clerk of the Court.

*/s/ Steven M. Mohlhenrich*
Steven M. Mohlhenrich
Assistant United States Attorney