IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.  No. 2:23 MJ-2001-001

NEIL RAVI MEHTA

## ORDER

**BEFORE** the Court is the Motion by the United States of America requesting the Court to unseal the Complaint and Arrest Warrant in the above-captioned case in full. The Court having reviewed the Motion and, **IT IS THEREFORE ORDERED** that the Complaint and Arrest Warrant in the above-captioned case shall be unsealed in full.

**DONE AND ORDERED** at Fort Smith, Arkansas, in chambers this __6__ day of February 2023.

_____
HONORABLE MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 6, 2023
OFFICE OF THE CLERK